# United States District Court
# for the Southern District of Georgia
# Savannah Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2019 DEC 23 PM 1:33
CLERK Casbey
SO. DIST. OF GA.

JOAQUIN MENDEZ HERNANDEZ, )
)
    Movant, )
)
v. ) CR413-004
) CV419-204
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

SO ORDERED this ___20___ day of December, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Movant filed a document captioned as an objection. Doc. 945. Despite the caption, it was a request for an additional sixty days to file a substantive objection. Since the requested sixty days have passed without any objection, the requested extension is moot.